## STUBEE v. STATE.
### No. 25899.

Court of Criminal Appeals of Texas.
June 11, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $500.

The record is before us without a statement of facts or bills of exception.

All of the proceedings appear regular; and nothing being presented for our review, the judgment of the trial court is affirmed.